


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **MARQUIS YOUNG** | * | **CIVIL ACTION NO. 05-0042** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SCOTT CONSTRUCTION EQUIPMENT CO., LLC** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by Defendant, Scott Construction Equipment Co., LLC (Doc. # 9) be **GRANTED**, that Plaintiff's Title VII and pendent state law claims be **DISMISSED WITH PREJUDICE**, and that Plaintiff's claims pursuant to 28 U.S.C. §1981 be **DISMISSED WITHOUT PREJUDICE, all at plaintiff's cost**.

THUS DONE AND SIGNED this 27 day of October, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION